UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

-----------------------------------------------------x

MARCIA SORIN, individually and on
behalf of all others similarly situated,

                    Plaintiff,

        vs.

THE FOLGER COFFEE COMPANY, a
subsidiary of the J. M. SMUCKER
COMPANY,

                    Defendant.

-----------------------------------------------------x

Case No.: 9:20-cv-80897-WPD

**NOTICE OF SUPPLEMENTAL AUTHORITY**

PLEASE TAKE NOTICE that Plaintiff Marcia Sorin ("Plaintiff") submits this Notice of Supplemental Authority in connection with Defendant's Motion to Dismiss. On December 16, 2020, Judge Jesus G. Bernal in the Central District of California issued an Order denying for the most part and granting in part a motion to dismiss in *Ashton v. The J.M. Smucker Co., et al.,* EDCV20-992-JGB (SHKx) ("*Ashton*"). A copy of the Order is attached hereto as Exhibit A.

Like this case, *Ashton* was brought as a proposed class action against The Folger Coffee Company alleging that Folgers' Coffee labels – the same labels at issue in this case – misrepresented to consumers the actual number of servings the products were able to provide. In *Ashton*, plaintiffs pled claims for, *inter alia*, consumer fraud violations under California's Consumers Legal Remedies Act ("CLRA"), Cal. Civ. Code § 1750, *et seq*. and Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200, *et seq*., as well as New York's N.Y. Gen. Bus. Law § 349 and § 350. The district court found plaintiffs had standing to bring their consumer

fraud claims as to both the Folgers' products they personally purchased, as well as "substantially similar products" that they did not purchase. *Ashton*, at 8-9. The court also found that plaintiffs had standing to seek injunctive relief as they had sufficiently alleged a threat of future harm. *Id*. at 9. In addition, the court found plaintiffs sufficiently alleged their consumer fraud claims based on nearly identical facts as are alleged here regarding the misleading and deceptive nature of the Folgers coffee labels. *Id*. at 11-14. And, California's and New York's consumer fraud statutes are analyzed similarly to the FDUTPA claims Plaintiff Sorin alleges here. *See, e.g., Woolley v. Ygrene Energy Fund, Inc.*, No. 17-cv-01258-LB, 2020 U.S. Dist. LEXIS 94518, at *25 n.91 (N.D. Cal. May 28, 2020).

Dated:  December 18, 2020
          **KOMLOSSY LAW P.A.**
          */s/ Emily C. Komlossy*
          Emily Komlossy (FBN 7714)
          eck@komlossylaw.com
          4700 Sheridan St., Suite J
          Hollywood, FL 33021
          Phone: (954) 842-2021
          Fax: (954) 416-6223

          *Attorneys for Plaintiff and the Proposed Class*

**OF COUNSEL:**

Laurence D. Paskowitz
**THE PASKOWITZ LAW FIRM P.C.**
208 East 51st Street, Suite 380
New York, NY 10022
212-685-0969
lpaskowitz@pasklaw.com

Roy L. Jacobs
**ROY JACOBS & ASSOCIATES**
420 Lexington Avenue, Suite 2440
New York, NY 10170
212-867-1156
rjacobs@jacobsclasslaw.com

Beth A. Keller
**LAW OFFICES OF BETH A. KELLER, P.C.**
118 North Bedford Road
Suite 100
Mount Kisco, NY 10549
914-752-3040
bkeller@keller-lawfirm.com

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC**
Elaine A. Ryan
eryan@bffb.com
2325 E. Camelback Road
Suite 300
Phoenix, AZ 85016
(602) 274-1100

-and-

Patricia N. Syverson
psyverson@bffb.com
600 West Broadway
Suite 900
San Diego, CA  92101
(619) 798-4593

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of December, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will deliver the document to all counsel of record as follows:

>Ronald Y. Rothstein
>Sean Suber
>WINSTON & STRAWN LLP
>35 W. Wacker Drive
>Chicago, IL 60601
>Telephone: (312) 558-5600
>Facsimile: (312) 558-5700
>rrothste@winston.com
>ssuber@winston.com
>
>Megan L. Whipp
>WINSTON & STRAWN LLP
>333 S. Grand Avenue
>Los Angeles, CA 90071-1543
>Telephone: (213) 615-1700
>Facsimile: (213) 615-1750
>mwhipp@winston.com
>
>Christina Calvar (FL Bar No. 114201)
>WINSTON & STRAWN LLP
>200 Park Avenue
>New York, NY 10166-4193
>Telephone: (212) 294-5331
>Facsimile: (212) 294-4700
>ccalvar@winston.com
>
>*Attorneys for Defendant*
>*THE FOLGERS COFFEE COMPANY*

*/s/ Emily C. Komlossy*
Emily Komlossy (FBN 7714)

5