UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARCIA SORIN, Individually and on Behalf
of All Others Similarly Situated,

          Plaintiff,

v.

THE FOLGER COFFEE COMPANY,
A Subsidiary of THE J. M. SMUCKER COMPANY,

          Defendant.
_____/

Case No. 9:20-cv-80897-WPD
Judge William P. Dimitrouleas

## ORDER DENYING AS MOOT FIRST MOTION TO DISMISS

THIS CAUSE is before the Court upon Defendant Folger Coffee Company's Motion to Dismiss Class Action Complaint ("Motion") [DE 17], filed on July 29, 2020. The Court has considered the Motion and is otherwise fully advised in the premises.

On September 14, 2020, Plaintiff filed an Amended Complaint which Defendant has subsequently moved to dismiss; as such, it appears Defendant's Motion to Dismiss Plaintiff's first Complaint is moot.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 17] is hereby **DENIED as moot.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of December, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record